UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-7135 PA (SHx) | Date | October 21, 2014 |
|---|---|---|---|
| Title | Alex Osuna v. Ortho-McNeil-Janssen Pharmaceuticals, Inc., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Julieta Lozano | N/A | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS—ORDER TO SHOW CAUSE

Before the Court is a Scheduling Report filed by defendants Johnson & Johnson, Janssen Research & Development, LLC, and Janssen Pharmaceuticals, Inc. (collectively "Defendants"). According to the Scheduling Report,

Pursuant to Federal Rule of Civil Procedure 26(f), Local Rule 26, and this Court's September 12, 2014 Order Scheduling Meeting of Counsel and Setting Scheduling Conference, the parties are required to jointly file a scheduling report. According to Defendants, however, plaintiff Alex Osuna ("Plaintiff") did not participate in this process and has not responded to Defendants' counsel's efforts to contact him.

The Court's September 12, 2014 Order warns: "The failure to submit a joint report in advance of the Scheduling Conference or the failure to attend the Scheduling Conference may result in the dismissal of the action, striking the answer and entering default, and/or the imposition of sanctions." To date, the Court has not received a Joint Scheduling Report even though the Scheduling Conference is calendared for November 3, 2014. Nor has Plaintiff provided any explanation regarding his failure to fully participate in this process.

Accordingly, the Court orders Plaintiff to show cause in writing why the Court should not dismiss this action for failure to prosecute and comply with the Court's orders, or impose other lesser sanctions on Plaintiff. Plaintiff's response to this Order shall be filed by November 3, 2014. The failure to timely respond to this Order may result in the dismissal of this action without prejudice. The Scheduling Conference, currently calendared for November 3, 2014, is continued to November 10, 2014, at 10:30 a.m.

IT IS SO ORDERED.