JS-6

FILED
CLERK, U.S. DISTRICT COURT
FEB 2 4 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  MICHELLE A. CHILDERS (SBN 197064)
   michelle.childers@dbr.com
2  MATTHEW J. ADLER (SBN 273147)
   matthew.adler@dbr.com
3  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
4  San Francisco, CA  94105-2235
   Telephone:  (415) 591-7500
5  Facsimile:   (415) 591-7510

6  Attorneys for Defendants
   JOHNSON & JOHNSON; JANSSEN RESEARCH
7  & DEVELOPMENT, LLC (sued herein as Johnson
   & Johnson Pharmaceutical Research &
8  Development, LLC); and JANSSEN
   PHARMACEUTICALS, INC. (sued herein as
9  Ortho-McNeil Janssen Pharmaceuticals, Inc.)

10             UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12

13 | ALEX OSUNA,                              | Case No. 2:14-cv-07135-PA-SHx
14 |                  Plaintiff,              | ORDER ON
   |                                          | STIPULATION FOR VOLUNTARY
15 | v.                                       | DISMISSAL WITH PREJUDICE
16 | ORTHO-McNEIL-JANSSEN
   | PHARMACEUTICALS, INC.; a
17 | corporation; JOHNSON & JOHNSON;
   | a corporation; JOHNSON &
18 | JOHNSON PHARMACEUTICAL
   | RESEARCH AND DEVELOPMENT,
19 | LLC; a business entity; and DOES 1 to
   | 100, inclusive,
20 |
   |                  Defendants.
21

22

23      Plaintiff, Alex Osuna, and Defendants Johnson & Johnson, Janssen

24 Pharmaceuticals, Inc., and Janssen Research and Development, LLC, hereby

25 stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to a voluntary dismissal with

26 prejudice of the above-styled lawsuit, each party to bear its own costs, and hereby

27 request the dismissal of this action.   IT IS SO ORDERED    2/24/15
                                           Dated _____

28                                          _____
                                            United States District Judge

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION FOR VOLUNTARY DISMISSAL WITH          CASE NO. 2:14-CV-07135-PA-SHX
PREJUDICE

Dated: February 4, 2015

By: /s/ Alex Osuna
Alex Osuna, In Pro Per
Plaintiff

Dated: February 23, 2015

DRINKER BIDDLE & REATH LLP

By: /s/ Matthew J. Adler
Michelle A. Childers
Matthew J. Adler

Attorneys for Defendants
JOHNSON & JOHNSON; JANSSEN RESEARCH & DEVELOPMENT, LLC; and JANSSEN PHARMACEUTICALS, INC.

ACTIVE/ 77689257.1